IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
St. Joseph Division

Sheritta Lambert,   )
                    )
    Plaintiff,   )
                    )
v.                  )   Case No. 5:19-cv-06031-HFS
                    )
First Adv. Background Svs. Corp.,   )
                    )
    Defendant.   )

ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice. (Doc. 16). The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

**ORDERED** that the above action shall be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

                                       /s/ Howard F. Sachs
                                       Howard F. Sachs
                                       United States District Judge

August 25, 2020
Kansas City, Missouri